BEACH, PROCTER, McCARTHY & SLAUGHTER, LLP
ATTORNEYS AT LAW
789 SOUTH VICTORIA AVENUE, SUITE 305
VENTURA, CALIFORNIA 93003-5419
TELEPHONE. (805) 658-7800
FASCIMILE: (805) 644-2131

Sean D. Cowdrey - State Bar #156115
Attorneys for Defendant
SCANDIA CENTER PARTNERSHIP
erroneously sued as The Scandia Center

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIFKIN, | CASE NO. CV-01-935 CAS (BQRx) |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE SCANDIA CENTER, a business entity form unknown, and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: December 76, 2001

LAW OFFICES OF DAVID G. GEFFEN

By: _____
DAVID G. GEFFEN
Attorney for Plaintiff
MICHAEL RIFKIN

///
///
///

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

DEC 2 6 2001

1
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Case 2:01-cv-00935-CAS-BQR  Document 15  Filed 12/26/01  Page 2 of 2  Page ID #:18

Dated: November 30, 2001

                      BEACH, PROCTER, McCARTHY & SLAUGHTER, LLP

                      By: _____
                            SEAN D. COWDREY
                            Attorneys for Defendant
                            SCANDIA CENTER PARTNERSHIP

BEACH, PROCTER, McCARTHY & SLAUGHTER, LLP
ATTORNEYS AT LAW
789 SOUTH VICTORIA AVENUE, SUITE 305
VENTURA, CALIFORNIA 93003-5419
TELEPHONE (805) 658-7800

2
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE